IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**OWEN NELSON, #44870** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 5:05cv228DCB-JCS**

**DOLAN WALLER, et al.** **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 10th day of May, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE